**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | May 24, 2021 |
| **Bankruptcy Case No.** | 19 B 13287 | **Adversary No.** | 21 A 00059 |

**Title of Case**  James Cosmano v. United States of America

**Brief Statement of Motion**  Adversary Complaint

(Re: Docket No. 1)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Discovery cutoff is August 16, 2021.

Status hearing is set for August 16, 2021, at 10:00 a.m.

/s/ A. Benjamin Goldgar