IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 19-bk-13287 |
| | ) | Chapter 7 |
| JAMES COSMANO, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMES COSMANO, | ) | Adv. Proc. No. 21-ap-00059 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF OBJECTION
TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant United States of America respectfully submits this notice of its objection to Plaintiff James Cosmano's motion for judgment on the pleadings, ECF No. 10, and requests that the Court set a briefing schedule for the motion.

Respectfully submitted:

DAVID A. HUBBERT
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Noah D. Glover-Ettrich*
NOAH D. GLOVER-ETTRICH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Washington, D.C. 20044
202-514-9838
Noah.D.Glover-Ettrich@usdoj.gov

-1-

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

                */s/ Noah D. Glover-Ettrich*
                NOAH D. GLOVER-ETTRICH
                Trial Attorney, Tax Division
                United States Department of Justice