UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-13287 |
| JAMES COSMANO | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | Adv. No.: 21-00059 |
| JAMES COSMANO | ) | |
| Plaintiff(s) | ) | |
| UNITED STATES OF AMERICA | ) | |
| Defendant(s) | ) | |

## ORDER GRANTING MOTION TO EXTEND
## FACT DISCOVERY DEADLINE

This matter coming before the court on the motion of defendant United States to extend the discovery deadlines in this proceeding, due notice having been given, and the court being fully advised, for the reasons stated on the record IT IS HEREBY ORDERED:

The motion is granted. The fact discovery deadline in the court's June 29, 2021 is extended to April 11, 2022. The deadline may be extended again for cause.

A status hearing is set for April 11, 2022, at 10:00 a.m.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: February 07, 2022

**Prepared by:**

NOAH D. GLOVER-ETTRICH
Trial Attorney
Tax Division, U.S. Department of Justice