UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>James Cosmano, )<br>                Debtor. )<br>James Cosmano, )<br>             Adversary Plaintiff )<br>             -vs- )<br>United States of America, )<br>             Adversary Defendant. ) | Chapter 7<br><br>Case No. 19 B 13287<br>Hon. A. Benjamin Goldgar<br><br>Adversary No. 21 A 00059 |

## AFFIDAVIT OF JAMES COSMANO

I, James Cosmano, being duly sworn, on oath, state that if I was called to testify in the matter I would testify as follows:

1. I am the Plaintiff in the above captioned case;

2. I have personal knowledge of all the facts relevant to this adversary Complaint, I have reviewed the Memorandum of Law, and the Rule 56.1 statement of facts set forth in support of my Motion for Summary Judgment.

3. My Statement of Facts and Memorandum of Law in support of my Motion for Summary Judgment are true and accurate to the best of my ability and belief.

4. This affidavit is made in support of my Motion for Summary Judgment.

5. I am competent to make this affidavit and if called to testify, I would testify to the above.

FURTHER AFFIANT STATES NAUGHT

                                                                     James Cosmano

SIGNED AND SWORN TO BEFORE ME
THIS __8__ DAY OF APRIL, 2022

_____
NOTARY PUBLIC

UDAY PATEL
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 30, 2024

1

Paul M. Bach
Penelope N. Bach
BACH LAW OFFICES
P.O. Box 1285
Northbrook, IL 60065
(847)564-0808