**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | May 18, 2022 |
| **Bankruptcy Case No.** | 19 B 13287 | **Adversary No.** | **21 A 00059** |

**Title of Case**: James Cosmano v. United States of America

**Brief Statement of Motion**: Order setting status hearing

**Names and Addresses of moving counsel**:

**Representing**:

**ORDER**

**A status hearing is set for May 23, 2022, at 10:00 a.m.**

*/s/ A. Benjamin Goldgar*