**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 24, 2022 |
| **Bankruptcy Case** | No. 19 B 13287 | **Adversary** | No. 21 A 59 |

**Brief Statement of Motion**: Cosmano v. United States

Order granting in part and denying in part defendant's motion to compel

**Names and Addresses of moving counsel**:

**Representing**:

# ORDER

For the reasons stated on the record, the motion of defendant United States to compel discovery responses is granted in part and denied in part. As to Interrogatory No. 10, the motion is granted. On or before November 21, 2022, the plaintiff must serve a supplemental response to that interrogatory giving a complete and unequivocal answer. In all other respects, the motion is denied. The court declines to rule on the spoliation or Fifth Amendment issues the United States raises, other than to find that the parties' papers raise but do not resolve the question whether Cosmano's admitted destruction of documents amounts to spoliation.

*/s/ A. Benjamin Goldgar*